# Western District of Texas - San Antonio Division, Texas
655 E DURANGO BLVD, RM G-65 SAN ANTONIO TX 78206

## CASE #: 5:19-CV-00928-XR

**MALIBU MEDIA, LLC**

*Plaintiff*
**vs**
**KEVIN SIEGERT**

*Defendant*

### AFFIDAVIT OF SERVICE

I, **KATE MCKINSEY**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 01/30/20 12:53 pm, instructing for same to be delivered upon Siegert, Kevin.

That I delivered to: Siegert, Kevin.

| | |
|---|---|
| the following | : Summons in a Civil Action; Malibu Media, LLC Amended Complaint; Exhibits; Notice of Filing Rule 7.1 Disclosure Statement |
| at this address | : 7630 WOOD HOLLOW DR, APT 137<br>Austin, Travis County, TX 78731-2252 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Saturday FEB 1, 2020 5:06 pm |

My name is KATE MCKINSEY, my date of birth is JAN 23rd, 1960, and my address is Professional Civil Process Downtown, 2211 S. IH 35, Suite 105, Austin TX 78741, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County, State of Texas, on the ___1___ day of ___Feb___, 20_20_.

_Kate McKinsey_
KATE MCKINSEY                    2741    Declarant
TX Certification#: PSC-14537 Exp. 04/30/2020

AX02A20105126
tomcat
eaffidavits@pcpusa.net

Service Fee:  75.00   PCP Inv#: Z20100236
Witness Fee:    .00   SO Inv#:  A20105126
Mileage Fee:    .00   Reference : WTX49
Beik, Paul

**RETURN TO CLIENT**