**Copyrights-In-Suit for IP Address 173.174.69.246**

**ISP:** Spectrum
**Location:** Austin, TX

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| Kaisa Slippery and Wet | PA0002173482 | 05/03/2019 | 05/13/2019 | 07/06/2019 |
| Tiny Kate Cum Dance With Me | PA0002181483 | 06/11/2019 | 06/17/2019 | 06/21/2019 |
| Clear Wet Dream | PA0002116051 | 04/04/2018 | 05/01/2018 | 09/03/2018 |
| Millas Steamy Morning Orgasm | PA0002133712 | 07/25/2018 | 08/02/2018 | 09/03/2018 |
| When You Least Expect It | PA0002130447 | 06/23/2018 | 07/03/2018 | 09/02/2018 |
| Virtual Girlfriend | PA0002093285 | 10/13/2017 | 11/07/2017 | 09/02/2018 |
| Watch Me Cum For You | PA0002094991 | 12/01/2017 | 12/05/2017 | 09/02/2018 |
| A Walk To Remember | PA0002120291 | 05/11/2018 | 06/05/2018 | 09/02/2018 |
| Sunset Love | PA0002130445 | 06/16/2018 | 07/03/2018 | 09/02/2018 |
| Teach Me About Sex | PA0002140491 | 08/31/2018 | 09/24/2018 | 09/02/2018 |

**Total Malibu Media, LLC Copyrights Infringed:  10**

EXHIBIT B

WTX49