UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
|     Plaintiff, | ) Civil Action Case No. 5:19-cv-00928-XR |
| v. | ) |
| KEVIN SIEGERT, | ) |
|     Defendant. | ) |

**DECLARATION OF PAUL S. BEIK, ESQ., IN SUPPORT OF MOTION FOR DEFAULT FINAL JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I Paul S. Beik, hereby declare:

1. I am an attorney with Beik Law Firm, PLLC, attorneys for Plaintiff. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On August 2, 2019, Plaintiff filed the Complaint in this action. [CM/ECF 1].

3. Pursuant to the issuance of third-party subpoenas, Defendant's Internet Service Providers ("ISP") disclosed Defendant's true identity to Plaintiff.

4. On January 15, 2020, Plaintiff filed the Amended Complaint in this action [CM/ECF 10].

5. Defendant has failed to appear, plead or otherwise defend in this action.

6. Defendant is not a minor, incompetent, or in active duty military.

7. On February 26, 2020, a Clerk's Certificate of Default against Kevin Siegert was entered. [CM/ECF 17].

8. Plaintiff has incurred costs in this case in the amount of $575.00, which

Exhibit B

includes the statutory filing fee of $400.00, process server fee of $75.00 and ISP fees of $100.00.

**FURTHER DECLARANT SAYETH NAUGHT.**

**DECLARATION**

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of February, 2020.

Respectfully submitted,

By: /s/ Paul S. Beik
PAUL S. BEIK

Exhibit B